Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff
Derrick Chung*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK CHUNG, | Case No.:  3:15-cv-02721-L-JLB |
| Plaintiff, | NOTICE OF SETTLEMENT OF ENTIRE ACTION |
| vs. | Magistrate Judge:  Jill L. Burkhardt |
| | Trial Date:            None |
| TRANS UNION, LLC, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the entire action has settled. A Notice of Voluntary Dismissal will be filed within 45 (forty-five) days of this filing.

Respectfully submitted,

Date: February 11, 2016　　　　　LAW OFFICE OF DANIEL G. SHAY

By: <u>s/ Daniel G. Shay</u>
Daniel G. Shay, Esq.
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Derrick Chung*